**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Antonio Jose ALONZO Defendant-Appellant**

**No. 17-2261**

United States Court of Appeals, Eighth Circuit.

Submitted: January 24, 2018

Filed: January 29, 2018

Megan A. Healy, Christopher C. Myers, Brett M. Shasky, Assistant U.S. Attorneys, U.S. Attorney's Office, District of North Dakota, Fargo, ND, for Plaintiff-Appellee

Antonio Jose Alonzo, Pro Se

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

**PER CURIAM.**

Antonio Jose Alonzo appeals from the district court's [1] order denying his motion

---

1. The Honorable Ralph R. Erickson, then United States District Judge for the District of North Dakota, now United States Circuit Judge.

for a sentence reduction under 18 U.S.C. § 3582(c)(2). Following de novo review, we agree with the district court that Alonzo was ineligible for the requested sentence reduction based on an amendment to the United States Sentencing Guidelines because his original sentence was derived from the applicable statutory minimum. See United States v. Moore, 734 F.3d 836, 837-38 (8th Cir. 2013). We affirm the judgment and grant counsel's motion to withdraw.